IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

John Bonilla as Chairman
and Ken Walters, et al.
    Plaintiff,

v.

K & H Backhoe Service
Inc dba H & H Backhoe Inc.,
et al,    Defendant.

No. C   05 3259 CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration      ☐ ENE      ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: November 18, 2005

Attorney for Plaintiff
James P. Watson

Dated: Nov. 17, 2005

Attorney for Defendant
Brett L. Dickerson

IT IS SO ORDERED:

Dated: 11/22/05

/s/ CLAUDIA WILKEN

UNITED STATES DISTRICT JUDGE

# SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: November 18, 2005        _____
                                [Typed name and signature of plaintiff]
                                John Bonilla, et al.

Dated: November 18, 2005        _____
                                [Typed name and signature of counsel for plaintiff]
                                James P. Watson

Dated: Nov. 17, 2005            _____
                                [Typed name and signature of defendant]
                                Wayne Humphrey

Dated: Nov. 17, 2005            _____
                                [Typed name and signature of counsel for defendant]
                                Brett L. Dickerson

## PROOF OF SERVICE

CASE NAME: *John Bonilla; et al. v. K D H Backhoe Service Inc.; et al.*
CASE NUMBER: United States District Court, Northern District of California
No. C-05-3259 CW

I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

On November 18, 2005, I served the following document(s) described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ ADR CERTIFICATION**

on the following party/parties:

Brett Dickerson, Esq.
GIANELLI & FORES
A Professional Law Corporation
1014 – 16th Street
P.O. Box 3212
Modesto, CA  95353
Telephone:  (209) 521-6260
Facsimile:  (209) 521-5971

__X__   (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & WATSON's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

____   (BY PERSONAL SERVICE)

____   By personally delivering copies to the person served.

____   I delivered such envelope by hand to the offices of the addressee pursuant to C.C.P. §1011.

____   I caused such envelope to be delivered by hand to the office of the addressee.

///

///

///

-1-
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ADR CERTIFICATION [CASE NO. C-05-3259 CW]

| | |
|---|---|
| 1 | ___   (BY FACSIMILE) AND U.S. MAIL |
| 2 | ___   on the party(ies) named below in this action by sending via facsimile to the telephone facsimile number shown below, a true copy thereof following ordinary business practices. After transmission of the document, the facsimile machine indicated the document as having been sent complete and without error. The transmission report was properly issued by the transmitting machine and the original transmission report is attached to the original proof of service. |
| 6 | ___   (COURIER SERVICE) |
| 7 | ___   by placing a true copy thereof enclosed in a sealed envelope, with delivery fees provided for, for pick up at this office and overnight delivery by Golden State Overnight courier service. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on November 18, 2005 at San Francisco, California.

_____
Carol M. Christensen

-2-
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ADR CERTIFICATION [CASE NO. C-05-3259 CW]