1  James P. Watson, (SBN 046127)
   Anne Bevington (SBN 111320)
2  STANTON, KAY & WATSON, LLP
   101 New Montgomery, Fifth Floor
3  San Francisco, CA  94105
   Telephone:  (415) 512-3501
4  Facsimile:   (415) 512-3515
   Email:         AnneB@skwsf.com
5
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>K D H BACKHOE SERVICE INC. dba H & H BACKHOE INC., a Business Entity; WAYNE LEWIS HUMPHREY, an Individual; and GEORGE CLAIRE HUMPHREY, an Individual,<br><br>Defendants. | **CASE NO. C-05-3259 EMC**<br><br>[~~PROPOSED~~] **ORDER GRANTING THE PARTIES AN ADDITIONAL 60 DAYS TO COMPLETE MEDIATION** |

PURSUANT TO STIPULATION, THIS COURT HEREBY extends the time by which the parties hereto must complete mediation from March 31, 2006 to **Tuesday, May 30, 2006.**

/ / /

-1-
**[PROPOSED] ORDER GRANTING THE PARTIES AN ADDITIONAL 60 DAYS TO COMPLETE MEDIATION**
**Case No. CV 05-03259 EMC**

1  IT IS SO ORDERED.

2  
   Dated:  March __31_, 2006
3                                                    _____
                                                     EDWARD M. CHEN
4                                                    UNITED STATES MAGISTRATE JUDGE



-2-
**[PROPOSED] ORDER GRANTING THE PARTIES AN ADDITIONAL 60 DAYS TO COMPLETE MEDIATION**
**Case No. CV 05-03259 EMC**