James P. Watson, Esq. (SBN 046127)
Anne Bevington, Esq. (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, California 94105
Telephone:   (415) 512-3501
Facsimile:    (415) 512-3515
Email:          AnneB@skwsf.com

Attorneys for Plaintiffs

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>K D H BACKHOE SERVICE INC. dba H & H BACKHOE INC., a Business Entity; WAYNE LEWIS HUMPHREY, an Individual; and GEORGE CLAIRE HUMPHREY, an Individual,<br><br>Defendants. | Case No. C-05-3259 EMC<br><br>**STIPULATION FOR DISMISSAL AS TO CLAIM FOR INJUNCTIVE RELIEF AND AS TO DEFENDANT GEORGE CLAIRE HUMPHREY; [PROPOSED] ORDER FOR DISMISSAL** |

The parties to this action, through their respective counsel, hereby stipulate to an order of dismissal as follows:

1. Plaintiffs' claim for injunctive relief compelling an audit is dismissed as to all defendants;

2. All plaintiff's claims against defendant George Claire Humphrey are dismissed;

3. Dismissal is with prejudice, each party to bear his or its own costs.

///

///

- 1 -

| | |
|---|---|
| Dated: October 23, 2006 | STANTON, KAY & WATSON, LLP |
| | By  */s/ Anne Bevington* |
| | Ann Bevington<br>Attorneys for Plaintiffs |
| Dated: October 23, 2006 | LITTLER MENDELSON, PC |
| | By  */s/ Richard N. Hill*<br>Richard N. Hill<br>Attorneys for Defendants |

**ORDER FOR DISMISSAL**

The parties having stipulated, IT IS SO ORDERED.

Dated: 10/24/06

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

F:\CASES\30\32.179 H & H Backhoe\pleadings\STIPULATION FOR DISMISSAL AND PROPOSED ORDERw.wpd

- 2 -
STIPULATION FOR DISMISSAL AS TO CLAIM FOR INJUNCTIVE RELIEF AND AS TO DEFENDANT GEORGE CLAIRE HUMPHREY; [PROPOSED] ORDER FOR DISMISSAL [CASE NO. C-05-3259 EMC (JL)]