

**United States District Court**

For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7
8

JOHN BONILLA, *et al.*,                                    No. C-05-3259 EMC

9

      Plaintiffs,

10

      v.                                                    **ORDER VACATING HEARING ON**
**PLAINTIFFS' MOTION FOR**

11

KDH BACKHOE SERVICE, INC., *et al.*,          **ATTORNEY'S FEES**

12

      Defendants.

_____/

13
14
15

    Plaintiffs have filed a motion for attorney's fees which the Court set for hearing on January 3,

16

2007.  KDH Backhoe's opposition was due on December 6, 2006, but no opposition was filed.

17

Upon inquiry by the Court, counsel for KDH Backhoe stated that no opposition would be filed and

18

further stated that he would not appear for the hearing on the motion.  In light of these

19

representations, the Court hereby VACATES the hearing on the motion and will issue a ruling based

20

on Plaintiffs' papers.

21
22

    IT IS SO ORDERED.

23
24

Dated:  December 21, 2006

25

_____
EDWARD M. CHEN

26

United States Magistrate Judge

27
28