UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BONILLA, *et al.*,

    Plaintiffs,

    v.

KDH BACKHOE SERVICE, INC., *et al.*,

    Defendants.
_____/

No. C-05-3259 EMC

**ORDER TO SHOW CAUSE**

    Previously, the Court issued an order in which it noted that the action against Defendant Wayne Humphrey was stayed because of a bankruptcy proceeding. More than a year has now passed, and it is not clear to the Court whether a stay is still appropriate and/or whether Plaintiffs still wish to pursue a remedy against Mr. Humphrey. Accordingly, the Court hereby orders Plaintiffs to show cause why Mr. Humphrey should not be dismissed from this case and the case closed. Plaintiffs shall have until January 15, 2008, to file a response to this order.

    IT IS SO ORDERED.

Dated: December 21, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge