| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION<br>120 Howard Street, Suite 520 |
| 3 | San Francisco, CA 94105<br>(415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile<br>mkaplan@sjlawcorp.com |
| 5 | mstafford@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br>v.<br><br>KDH BACKHOE SERVICE INC. et al.,<br><br>Defendants. | Case No.: C05-3259 EMC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION** ; ORDER |

Plaintiffs hereby dismiss the within action in response to this Court's Order of December 21, 2007, as follows:

1. This firm now represents the Plaintiffs, effective on or about June 1, 2007.

2. The Notice of Automatic Stay was filed with this Court by prior counsel on November 13, 2006, with respect to defendant Wayne L. Humphrey. Mr. Humphrey had filed a Chapter 7 Bankruptcy in the U.S. Bankruptcy Court, Eastern District of California, on October 20, 2006. Wayne L. Humphrey was discharged in bankruptcy on March 6, 2007. Plaintiffs are therefore precluded from pursuing this action against him.

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C05-3259 EMC

| | | |
|---|---|---|
| 1 | 3. I have spoken to Plaintiffs' prior counsel, James Watson, of the firm Stanton, Kay | |
| 2 | & Watson, LLP, and he concurs with this dismissal. | |
| 3 | Dated: January 8, 2008 | SALTZMAN & JOHNSON |
| 4 | | LAW CORPORATION |

Dated: January 8, 2008                SALTZMAN & JOHNSON
                                      LAW CORPORATION


By: _____/s/_____
    Muriel B. Kaplan
    Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 8, 2008, I served the following document(s):

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| Steve S. Altman | James Watson |
| Attorney at Law | Stanton, Kay & Watson, LLP |
| 1127 12th Street, Suite 104 | 300 Airport Blvd., Suite 100 |
| Modesto, CA 95354 | Burlingame, CA 94010 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 8th day of January, 2008, at San Francisco, California.

/s/
Andrea Gonzalez